429 A.2d 80

Commonwealth v. Wylie, Appellant.

Submitted September 13, 1979.  Leonard J. Gajewski, for appellant;  Grant E. Wesner, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER, and CAVANAUGH, JJ.

Judgment of sentence affirmed.

SPAETH and CAVANAUGH, JJ., concurred in the result.